AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JOHN HENRY PAGE,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-CV-00136-RCJ-RAM**

K. GURRIES, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's claims against all the defendants in their official capacities are DISMISSED WITH PREJUDICE. It is further Ordered and Adjudged that defendants Benedetti and Skolnik are DISMISSED WITH PREJUDICE. It is further Ordered and Adjudged that Counts I, II, IV, and V, of the second amended complaint are DISMISSED WITH PREJUDICE. It is further Ordered and Adjudged that Count III is DISMISSED WITH PREJUDICE. It is further Ordered and Adjudged that Count VI is DISMISSED WITH PREJUDICE. It is further Ordered and Adjudged that as none of the counts of the second amended complaint (Document No. 16) survived screening, the complaint is DISMISSED IN ITS ENTIRETY WITH PREJUDICE for failure to state a cognizable claim for violation of plaintiff's federal civil rights.

  August 5, 2010                      **LANCE S. WILSON**
                                                    Clerk

                                                  /s/ Katie Lynn Ogden
                                                     Deputy Clerk